The People of the State of Illinois, Plaintiff-Appellee, *v.* Jack Farmer, Defendant-Appellant.

(No. 58246;

First District (5th Division)—September 28, 1973.

*Supplemental opinion filed November 2, 1973 upon denial of rehearing.*

ENGLISH, J., took no part.
PER CURIAM.

Frederick F. Cohn, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, and John Maloney, Senior Law Student, of counsel,) for the People.